UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CLIFFORD RUSSEL McKILLOP          Chapter 7
         Case No. 08-51365-TJT
Debtor.          Hon: Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

    The attached check in the amount of $0.97, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | The Training Room<br>1819 E. Big Beaver, Ste. 200<br>Troy, MI 48083 | $0.43 |
| 3 | Chase Bank USa, N.A.<br>PO Box 740933<br>Dallas, TX 75374 | $0.54 |
| | **TOTAL:** | **$0.97** |

Dated:   9/17/10                            /s/ Stuart A. Gold
                                                               Stuart A. Gold, Trustee
                                                               24901 Northwestern Hwy., Ste 444
                                                               Southfield, MI 48075-2223
                                                                (248) 350-8220
                                                                stuart.gold@7trustee.net